IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HALL CONSTRUCTION CO., INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-2130 (HHK) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(i), Federal Rules of Civil Procedure, Plaintiffs hereby notice the dismissal of this action against Defendant, Hall Construction Co., Inc., without prejudice.

March 20, 2006

_____
Ira R. Mitzner, D. C. Bar #184564
DICKSTEIN SHAPIRO MORIN
   & OSHINSKY LLP
2101 L Street, N. W.
Washington, D.C. 20037-1526

Attorney for the Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Dismissal was served by first-class mail, postage prepaid, on the 20th day of March, 2006 upon:

> Hall Construction Co., Inc.
> P.O. Box 770
> Howell, NJ  07731

*Andrea Newell*
Andrea Newell