IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2130 (HHK) |
| ) | |
| HALL CONSTRUCTION CO., INC. ) | |
| ) | |
| Defendant. ) | |

## ORDER DISMISSING COMPLAINT

Upon consideration of the attached Notice of Dismissal without prejudice filed by Plaintiffs in connection with claims filed for delinquent fringe benefit contributions due Plaintiffs by Defendant, it is this ____ day of _____, 2006 by the United States District Court for the District of Columbia,

**ORDERED**, that the Complaint hereby is dismissed without prejudice.

_____
Henry H. Kennedy
United States District Court Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, | ) |
| Plaintiffs, | ) ) ) ) |
| v. | ) Civil Action No. 05-2130 (HHK) |
| HALL CONSTRUCTION CO., INC., | ) ) ) |
| Defendant. | ) ) |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

    Ira R. Mitzner, Esq.
    Dickstein Shapiro Morin & Oshinsky LLP
    2101 L Street, N.W.
    Washington, D.C.  20037-1526
    Telephone: (202) 828-2234
    Facsimile   (202) 887-0689

    Hall Construction Co., Inc.
    P.O. Box 770
    Howell, NJ  07731